**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MUHAMMAD SHAHID, | : | Hon. Robert B. Kugler |
| Petitioner, | : | Civil No. 06-6159 (RBK) |
| v. | : | |
| | : | **ORDER** |
| PAUL M. SCHULTZ, | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this  21st  day of December, 2007,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and it is further

ORDERED that Petitioner's motion for summary judgment [docket entry # 4] is DENIED; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties by regular mail, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**